No. 834, October Term, 1964. ZIZZO ET AL. *v.* UNITED STATES, 381 U. S. 915. Motion for leave to file petition for rehearing denied. MR. JUSTICE WHITE and MR. JUSTICE FORTAS took no part in the consideration or decision of this motion.

No. 286. DIFRONZO *v.* UNITED STATES, 382 U. S. 829. Motion for leave to file petition for rehearing denied.

No. 1102. MONTREAL TRUST CO., EXECUTOR *v.* UNITED STATES, *ante,* p. 919. Petition for rehearing denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this petition.

No. 801, Misc. CORCORAN *v.* YORTY ET AL., 382 U. S. 966, 1002, *ante,* p. 923. Motion for leave to file third petition for rehearing denied.

JUNE 13, 1966.

No. 27, Original. OHIO *v.* KENTUCKY. The motion for leave to file bill of complaint granted and the Commonwealth of Kentucky is allowed sixty days to answer. *William B. Saxbe,* Attorney General of Ohio, and *Robert M. Duncan* for plaintiff on the motion. *Robert Matthews,* Attorney General of Kentucky, and *John B. Browning,* Assistant Attorney General, for defendant in opposition.

No. 1028. LESSER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. (Certiorari denied, *ante,* p. 927.) Motion to remand denied. *George T. Altman* for petitioners on the motion. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Gilbert E. Andrews* for respondent in opposition.